# Exhibit A


8:44
PRELIMINARY SUBDIVISION PLAN
NEOTERIC AT DR. PHILLIPS
SECTION 11, TOWNSHIP 23 SOUTH, RANGE 28 EAST
ORANGE COUNTY, FLORIDA
4500 & 4512 S. HIAWASSEE ROAD
FEG